## OHIO SUPREME COURT—Continued

Davies; quo warranto. F. E. Cherrington, Gallipolis, for pltf; R. M. Switzer, Gallipolis, for deft.

### MAY 16, 1925

19151—State of Ohio v. Hunter Charles; motion to file pet. err. to Cuyahoga Appeals. E. C. Stanton, H. J. Williams, Cleveland, for pltf; Wm. A. Moran, Cleveland, for deft.

19152—Joe Fisone v. The City of Youngstown, Ohio; motion to Mahoning Appeals to certify. Thomas E. Antonelli, Youngstown, for pltf; Wm. E. Lewis, City Solicitor, Youngstown, for deft.

## PROCEEDINGS OF SUPREME COURT

### TUESDAY, MAY 26, 1925
### GENERAL DOCKET

18398. Carr v. Doan Savings & Loan Co.; error to Cuyahoga Appeals. Judgment modified. Marshall, C. J., Matthias, Day and Robinson, JJ. concur. Kinkade, J. not participating. Dock. 2-21-23, 1 Abs. 163.

18512—State ex rel Caroline Davidson v. Industrial Commission. In Mandamus. Demurrer to amended petition sustained. Jones, Matthias, Kinkade and Robinson, JJ., concur. Dock. 5-14-24.

18554—Eaton (Vil.) et al v. Public Utilities Comm; error to the Commission. Settled and dismissed. Dock. 5-4-24; 2 Abs. 339.

18650—Cleveland-Akron Bag Co. v. Earl E. Jaite, an infant; error to Summit Appeals. Judgment affirmed. Jones, Matthias, Day, Allen and Kinkade, JJ., concur. Dock. 6-12-24; 2 Abs. 420; OA. 2 Abs. 636.

18727—Youngstown (City) et al v. Kahn Brothers Co; error to Mahoning Appeals. Affirmed. Marshall, C. J., Jones, Matthias, Allen and Robinson, JJ., concur. Dock. 7-24-24; 2 Abs. 483; OA. 2 Abs. 536.

18750—Emelia H. Pritz v. Frank Messer; error to Hamilton Appeals. Affirmed. Marshall, C. J., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 8-11-24. 2 Abs. 498; Cin. Sup, 2 Abs. 525, 620; OS. Pend. 3 Abs. 165.

18831—Baltimore & Ohio R. Co. v. Tom F. Baillie et al; error to Cuyahoga Appeals. Affirmed. Marshall, C. J., Matthias, Allen and Robinson, JJ., concur. Jones, Day and Kinkade, JJ., dissent. Dock. 11-24-24; 2 Abs. 738; OS. Pend. 3 Abs. 107.

18846—Scioto Valley Ry. & Power Co. v. Effie Rutter, Admr.; error to Fairfield Appeals. Affirmed. Marshall, C. J., Matthias, Allen and Robinson, JJ., concur. Dock. 12-1-24; 2 Abs. 754; mo. cer. al. 3 Abs. 80.

18868—James C. Davis, Agent v. Atlas Assurance Co. et al; error to Cuyahoga Appeals. Reversed. Marshall, C. J., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 12-16-24; 3 Abs. 2; mo. cer. al. 3 Abs. 98; OS. Pend. 3 Abs. 20.

18916. State v. Cosmo Ferranto; error to Cuyahoga Appeals. Judgment reversed. Marshall C. J., Jones, Matthias, Allen and Kinkade, JJ. concur. Dock 1-16-25; 3 Abs. 50; OA 3 Abs. 135; OS. Pending. 3 Abs. 187.

18925. State ex v. Gillen. In Quo Warranto. Petition dismissed. Matthias, Allen and Rob-

inson, JJ. concur. Jones, J. not participating. Dock 1-22-25, 3 Abs. 66.

19023—Cincinnati Traction Co. v. Public Util. Comm.; error to the Commission. Order reversed. Marshall, C. J., Jones, Matthias, Allen, Kinkade and Robinson, JJ. concur. Dock. 3-18-25; 3 Abs. 198.

### MOTION DOCKET

18969—S. M. Ratcliffe v. Curtin E. Young; motion to Allen Appeals to certify. Overruled. Dock. 2-20-25; 3 Abs. 130; OA. 3 Abs. 26.

18975—Buckeye Churn Co. v. Roy E. Abbott; motion to Shelby Appeals to certify. (On rehearing). Allowed. Dock. 2-24-25; 3 Abs. 146; mo. cer. ov. 3 Abs. 233.

18978—L. W. Jones, Admr., v. H. M. Snyder, Admr; motion to Franklin Appeals to certify. Overruled. Dock. 2-24-25; 3 Abs. 146.

19028—Cleveland (City) et al v. Amedeo Ferrando, a minor, etc; motion to Cuyahoga Appeals to certify. Allowed. Dock. 3-18-25; 3 Abs. 198; OS. Pend. 3 Abs. 296.

19029—F. G. Wiley et al v. Fidelia Holsapple et al; motion to Darke Appeals to certify. Overruled. Dock. 3-19-25; 3 Abs. 198.

19034—Kinsman National Bank v. John Jerko; motion to Trumbull Appeals to certify. Overruled. Dock. 3-23-25; 3 Abs. 198; OA. 3 Abs. 198; Com. Pl. 3 Abs. 280, 300; OS. Pend. 3 Abs. 250.

19036—Scioto Valley R. P. & L. Co. v. Samuel E. Schwartz; motion to Franklin Appeals to certify. Overruled. Dock. 3-24-25; 3 Abs. 198; OA. 3 Abs. 156.

19046—O. W. Baker v. Mrs. Edward Sellman et al; motion to Darke Appeals to certify. Overruled. Dock. 3-28-25; 3 Abs. 214.

19048—Fidelity Casualty Co. of N. Y. v. Leroy Dorman et al; motion to Summit Appeals to certify. Overruled. Dock. 3-30-25; 3 Abs. 214; OA. 3 Abs. 262.

## Abstracts of Last Week's SUPREME COURT OPINIONS

### SYLLABI
### No. 502

No. 18650—The Cleveland-Akron Bag Co. v. Earle E. Jaite, an infant, etc. Error to the Court of Appeals of Summit County.

829—NEGLIGENCE—If proof of rests upon inference only, it must be rational under facts and circumstances testified to.

683. JURY—Inquiry of a juror of plaintiff to see injured hand, it having been exhibited and testified to, no cause for mistrial.

JONES, J.

1. If proof of a material fact necessary to establish negligence rests upon an inference only, the inference must be a rational one, such as could be reasonably arrived at from the facts and circumstances testified to.

2. The mere fact that a juror, while on her way to the jury box, asked to see the injured hand of a plaintiff, which had theertofore been exhibited to the jury and the character of the injuries thereto fully testified to, is not of itself cause for a mistrial.

Judgment affirmed.

Day, Allen and Kinkade, JJ., concur. Matthias, J., concurs in the judgment.